THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RIGO-BERTO BENITEZ, Appellant.

Submitted July 14, 2008; decided August 28, 2008

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES CARNCROSS, Appellant.

Submitted August 4, 2008; decided August 28, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALKINS CONTRERAS, Appellant.

Submitted July 7, 2008; decided August 28, 2008

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.